UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TABITHA JOYCE                          )
                    Plaintiff,         )
                                       )
v.                                     )        **JUDGMENT**
                                       )
                                       )        No. 5:22-cv-490-FL
MARTIN O'MALLEY, Commissioner of       )
the Social Security Administration     )
                    Defendant.         )


**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's consent motion for attorney fees

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 12, 2024, that defendant pay to plaintiff $8,000.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on March 12, 2024, and Copies To:**
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler / Cassia Parson (via CM/ECF Notice of Electronic Filing)


March 12, 2024                    PETER A. MOORE, JR., CLERK

                                   /s/ Sandra K. Collins
                                  (By) Sandra K. Collns, Deputy Clerk